990 F.2d 1377
 301 U.S.App.D.C. 107
 NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
UNITED STATES of America
v.
Kalvin HOLMES, Appellant.
 No. 91-3042.
 United States Court of Appeals, District of Columbia Circuit.
 March 29, 1993.
 
 Before: MIKVA, Chief Judge; WILLIAMS and SENTELLE, Circuit Judges.
 JUDGMENT
 PER CURIAM.
 
 
 1
 This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. The court has determined that the issues presented occasion no need for a published opinion. See D.C.Cir.Rule 14(c). It is
 
 
 2
 ORDERED AND ADJUDGED that appellant's conviction be affirmed. The testimony and evidence concerning the telephone conversations of May 31, 1990 and June 12, 1990, were relevant to the conspiracy count of the indictment; thus the district court's admission of that testimony and evidence was not plain error. See United States v. Thomas, 896 F.2d 589, 591 (D.C.Cir.1990).
 
 
 3
 The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. See D.C.Cir.Rule 15.